NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
W. Keith Wyatt, Esq. (SBN 80859)
Antonio K. Kizzie, Esq. (SBN 279719)
IVIE, McNEILL & WYATT
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

ATTORNEY(S) FOR: Plaintiff, JAMARR ISOM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMARR ISOM | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| CITY OF LOS ANGELES, a public entity, LOS ANGELES POLICE DEPARTMENT, a public entity, OFFICER LEE THORTON Serial No. Unknown, individually and in his capacity as an Officer of the Los Angeles Police Department; OFFICER ULLOA, Serial No. Unknown, individually and in his capacity as an Officer of the Los Angeles Police Department; and DOES 1 through 50, inclusive.  Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff, JAMARR ISOM
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JAMARR ISOM | PLAINTIFF |
| W. KEITH WYATT, ESQ. | ATTORNEY FOR PLAINTIFF |
| ANTONIO K. KIZZIE, ESQ. | ATTORNEY FOR PLAINTIFF |
| CITY OF LOS ANGELES, a public entity | DEFENDANT |
| LOS ANGELES POLICE DEPARTMENT, a public entity, | DEFENDANT |
| OFFICER LEE THORTON Serial No. Unknown, individually and in his capacity as an Officer of the Los Angeles Police Department; | DEFENDANT |
| OFFICER ULLOA, Serial No. Unknown, individually and in his capacity as an Officer of the Los Angeles Police Department; | DEFENDANT |
| and DOES 1 through 50, inclusive. | DEFENDANT |

November 13, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

W. Keith Wyatt, Esq./Antonio K. Kizzie, Esq.