JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMARR ISOM,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br>               Defendants | **Case No.: CV 14-8826 AB (AJWx)**<br>Honorable Judge: Andre Birotte, Jr.<br>Honorable Magistrate Judge: Andrew J. Wistrich<br><br>**~~(PROPOSED)~~ JUDGMENT AFTER JURY VERDICT IN FAVOR OF DEFENDANTS**<br><br>**VERDICT RENDERED APRIL 22, 2016** |

**TO ALL INTERESTED PERSONS, THE PARTIES AND THEIR COUNSELS OF RECORD**:

On April 12, 2016, following pre-trial proceedings, the trial of the foregoing matter commenced. In the days following, a jury was selected and sworn, witnesses testified and exhibits were admitted. The presentation of evidence and argument during the jury trial concluded on April 22, 2016. On April 22, 2016 the jury returned a

verdict in the above-entitled action, unanimously finding as follows as to Defendants **CITY OF LOS ANGELES, ALFRED A. THORNTON AND FRANCISCO ULLOA:**

**"TO THIS HONORABLE COURT AND ALL PARTIES:**

We, the Jury, in the above-entitled case, unanimously answer the questions submitted to us as follows:

**UNLAWFUL SEIZURE**

1. Do you find Plaintiff proved by a preponderance of the evidence that a defendant unlawfully stopped Mr. Isom on December 4, 2013?

Please answer as to each Defendant by placing an X to indicate your verdict:

    FRANCISCO ULLOA   Yes_____        No___X___

    ALFRED THORNTON   Yes_____        No___X__

Please answer Question (2).

**EXCESSIVE FORCE**

2. Do you find Plaintiff proved by a preponderance of the evidence that a defendant used excessive force against Mr. Isom?

Please answer as to each Defendant by placing an X to indicate your verdict:

    FRANCISCO ULLOA   Yes_____        No___X___

    ALFRED THORNTON   Yes_____        No___X__

Please proceed to answer Question (3).

## FAILURE TO PREVENT EXCESSIVE FORCE

3. Do you find Plaintiff proved by a preponderance of the evidence that Defendant Thornton failed to prevent another defendant from using excessive force against Plaintiff?

Please answer as to Defendant Thornton by placing an X to indicate your verdict:

Yes_____   No___X__

Please proceed to answer Question (4).

## FALSE ARREST

5. Do you find Plaintiff proved by a preponderance of the evidence that any defendant falsely arrested/imprisoned Plaintiff?

FRANCISCO ULLOA   Yes_____   No__X___

ALFRED THORNTON   Yes_____   No___X_

Please proceed to answer Question (5).

## UNLAWFUL SEARCH

5. Do you find Plaintiff proved by a preponderance of the evidence that Defendant Thornton unlawfully searched Plaintiff?

Please answer as to Defendant Thornton by placing an X to indicate your verdict:

Yes_____   No___X__

Please proceed to answer Question (6).

**BANE ACT**

**6.** Do you find Plaintiff proved by a preponderance of the evidence that any defendant violated the Bane Act?

FRANCISCO ULLOA   Yes_____   No__X__

Please proceed to answer Question (7).

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**7.** Do you find Plaintiff proved by a preponderance of the evidence that any defendant intentionally inflicted emotional distress against Jamarr Isom?

Please answer as to each Defendant by placing an X to indicate your verdict:

FRANCISCO ULLOA   Yes_____   No___X___

ALFRED THORNTON   Yes_____   No____X_

If your answers are "No" to all questions as to each defendant, stop here, answer no further questions, have your presiding juror sign and date this form and notify the Court.

If you answer is "Yes" to any Question numbered 1-7 as to any defendant, please proceed to answer Question (8) as to that defendant.

**PUNITIVE DAMAGES**

**8.** Do you find Plaintiff proved by a preponderance of the evidence that any defendant's conduct, which you found to violate plaintiff's rights, was done in

4

an oppressive or malicious manner, and/or done with reckless or callous disregard to Mr. Isom's rights?

   FRANCISCO ULLOA  Yes_____   No__X____

   ALFRED THORNTON  Yes_____   No___X__

Stop here, answer no further questions, have your presiding juror sign and date this form and notify the Court.

Please have your foreperson sign and date below.

DATED: April 22, 2016    Signed: juror no. 5 (name redacted)
              Presiding Juror"

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff, **JAMARR ISOM** have and recover nothing by reason of his claim as set forth in the operative complaint against Defendants **CITY OF LOS ANGELES, ALFRED A. THORNTON AND FRANCISCO ULLOA** and that Defendants are prevailing parties and shall recover their costs in accordance with Local Rule 54 in the amount of _TO BE DETERMINED_ (per costs bill.)

DATED: May 18, 2016    _____
              **HONORABLE ANDRÉ BIROTTE JR.,**
              **JUDGE OF THE UNITED STATES**
              **DISTRICT COURT**